IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

JODY A. BROWNE )
)
v. ) NO. 3-15-0518
) JUDGE CAMPBELL
SONOVA E-HEARINGCARE, LLC )

ORDER

The parties have filed a Stipulation of Dismissal with Prejudice (Docket No. 16), indicating that this case should be dismissed. Accordingly, this action is DISMISSED with prejudice, and the Clerk is directed to close the file.

Any pending Motions are denied as moot. The pretrial conference set for September 12, 2016, and the jury trial set for September 20, 2016, are canceled. This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE